Peter H. Klee, State Bar No. 111707
Annie Y. Hu, State Bar No. 271947
MCKENNA LONG & ALDRIDGE LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.699.2407
Fax No.: 619.645.5327
E-Mail: pklee@mckennalong.com
        ahu@mckennalong.com

Attorneys for Defendant Infinity Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL CASTELLANOS GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>INFINITY INSURANCE COMPANY, DOES 1 THROUGH 100,<br><br>    Defendants. | Case No. 3:14-cv-00707-WHO<br><br>The Hon. William H. Orrick<br>Courtoom 2<br><br>**JOINT STIPULATION OF DISMISSAL OF COMPLAINT WITH PREJUDICE**<br><br>Complaint Filed: January 17, 2014 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS HEREBY STIPULATED by and between plaintiff Raul Castellanos Garcia and defendant Infinity Insurance Company, through their designated counsel, that plaintiff Raul Castellanos Garcia dismiss his complaint against defendant Infinity Insurance Company in the above-captioned action *with prejudice*. All parties will bear their own costs and attorney's fees.

DATED: March 7, 2014      LAW OFFICE OF JAMES BACHAN

By: _____
James Bachan
James B. Sutherland
Attorneys for Plaintiff RAUL CATELLANOS GARCIA

DATED: March 11, 2014      MCKENNA LONG & ALDRIDGE LLP

By: _____
Peter H. Klee
Annie Y. Hu
Attorneys for Defendant INFINITY INSURANCE COMPANY

USW 804337902.1

**APPROVED**
Judge William H. Orrick
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Peter H. Klee, State Bar No. 111707
   Annie Y. Hu, State Bar No. 271947
2  MCKENNA LONG & ALDRIDGE LLP
   600 West Broadway, Suite 2600
3  San Diego, California 92101-3372
   Telephone No.: 619.699.2407
4  Fax No.: 619.645.5327
   E-Mail:  pklee@mckennalong.com
5           ahu@mckennalong.com

6  Attorneys for Defendant Infinity Insurance Company

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | RAUL CASTELLANOS GARCIA, | Case No. 3:14-cv-00707-WHO |
|---|---|---|
| 12 | Plaintiff, | |
| 13 | v. | **CERTIFICATE OF SERVICE** |
| 14 | INFINITY INSURANCE COMPANY, DOES 1 THROUGH 100, | |
| 15 | | |
| 16 | Defendants. | Complaint Filed: January 17, 2014 |

17       I, the undersigned, declare under penalty of perjury that I am, and was at the
18  time of service of the papers herein referred to, over the age of eighteen years and
19  not a party to the action; and I am employed in the County of San Diego, State of
20  California, in which county the within-mentioned service occurred. My business
21  address is 600 West Broadway, Suite 2600, San Diego, California 92101.
22       On March 13, 2014, I served a copy of the following document(s):
23
24  **JOINT STIPULATION OF DISMISSAL OF COMPLAINT WITH PREJUDICE**

25

26

27

28

James Bachan  
LAW OFFICE OF JAMES BACHAN  
2648 International Blvd., Suite 801  
Oakland, California 94601  

Tele: (510) 286-8900  
Fax: (510) 286-8901  

*Attorney for Plaintiffs*

☒ **BY U. S. MAIL:** I placed a copy in a separate envelope, with postage fully prepaid, for the recipients named below for collection and mailing on the below indicated day following the ordinary business practices at McKenna Long & Aldridge LLP. I certify I am familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

☐ **BY FEDEX:** I enclosed said document(s) in an envelope or package provided by FedEx and addressed to the persons listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents.

☒ I certify that I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the persons listed on the attached Service List.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at San Diego, California on March 13, 2014.

*[signature]*  
Amy Stenson

USW 804292464.1